UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

           -against-

MICHAEL ZAYAS,

                      Defendant.

-------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/18/2026 |

1:26-mj-206-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    A change of plea proceeding in this matter will take place on March 19, 2026 at 2:00 p.m.

The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States

Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as

scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: March 18, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge